29 So.2d 890

**Leslie SPENCE v. STATE.**

6 Div. 334.

Supreme Court of Alabama.
Nov. 29, 1946.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Robbery.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal abated; new trial granted in trial court.